| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|



| RECUSAL ORDER | Case Number   H-95-1118 |
|---|---|
| Style | United States of America v. Koch Industries, Inc., et al. |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 26 1995

Michael N. Milby, Clerk

Signed:
*Ewing Werlein, Jr.,*
United States District Judge

Date:   April 25, 1995

| REASSIGNMENT | This case is reassigned to: |
|---|---|
|  | **VANESSA D. GILMORE** |
|  | MICHAEL MILBY<br>United States District Clerk |
|  | By: [signature]<br>Deputy Clerk |