| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

# 8

JUN 19 1995

Michael N. Milby, Clerk

| Division | HOUSTON | Action Number | H 95-1118 |
|---|---|---|---|
| United States of America | | | |
| *versus* | | | |
| Koch Industries, Inc., et al. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | David H. Luce |
| Firm | Koch Industries, Inc. |
| Street | 4111 E. 37th St. N., P.O. Box 2256 |
| City & Zip Code | Wichita, KS 67201 |
| Telephone | (316) 832-7905 |
| Licensed: State & Number | Missouri, Bar #36050 |
| Admitted US District Court for: | Western District of Missouri; 5th Circuit Court of Appeals |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Koch Industries, Inc. | |
| Dated: 6-15-95 | Signed: [signature] |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 23 1995

MICHAEL N. MILBY, CLERK

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on June 21, 199_. [signature]

United States District Judge