IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| versus | § | CIVIL ACTION NO. H-95-1118 |
| KOCH INDUSTRIES, INC. a/k/a Koch Oil Co., ET AL., | § § § § | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED |
| Defendants. | § § | SEP 5 1995 |

#14

## ORDER

Michael N. Milby, Clerk

1. September 5, 1995 — Parties shall submit requests for production.

2. March 15, 1996 — All documents in response to request for production shall be produced by this date.

3. December 1, 1995 — Defendant shall provide plaintiff with a list of all sites that they contest are located in navigable waters.

4. February 1, 1996 — Plaintiff shall respond to Plaintiff's disclosure regarding contested site.

5. April 5, 1996
   2:30 p.m. — STATUS CONFERENCE in Courtroom 9A.

**No other discovery shall be conducted prior to the status conference.**

The Clerk shall provide a copy of this Order to all parties.

SIGNED this 1st day of September, 1995.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE