Case 4:95-cv-01118   Document 29   Filed in TXSD on 03/08/96   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 11 1996

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. H 95-1118 |
| ) | |
| KOCH INDUSTRIES, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

The February 21, 1996 joint motion to modify the Court's

Scheduling Order due to the government furlough is Granted.

It is therefore Ordered that:

1.   April 15, 1996          Plaintiff shall respond to
                            defendants' December 1 and December
                            22 disclosures regarding contested
                            sites.

2.   April 30, 1996          All documents in response to
                            Requests for Production shall be
                            produced by this date.

3.   May 15, 1996            Defendants provide court with
                            memorandum of law and/or a motion
                            for summary judgment or dismissal
                            on the issue of any alleged leaks
                            that do not involve "navigable
                            waters."

ClibPDF - www.fastio.com

4.   June 14, 1996          Parties provide court with joint
                            report identifying spills which
                            were dismissed from Schedule A.

DONE ~~THIS FEBRUARY~~ March _8_ 1996, at Houston, Texas

VANESSA GILMORE
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Joint Motion to Modify Scheduling Order Deadlines were mailed by first class mail, postage prepaid to the following counsel of record on February 26, 1996:

Porter & Hedges
Daniel K. Hedges
700 Louisiana
35th Floor
Houston, Texas 77002

Robert J. McCully and
Kelley D. Sears
Koch Industries, Inc.
4111 E. 37th Street North
Wichita, Kansas 67220

GORDON M. SPEIGHTS YOUNG

ClibPDF - www.fastio.com